SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, COLTON BRYANT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| COLTON BRYANT, | Case No.: 2:22-cv-00377-DMG (PDx) |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| vs. | |
| ISELA BRISENO, AS TRUSTEE OF THE MICHOCAN LIFE ESTATE TRUST; and DOES 1 to 10, | |
| Defendants. | |

Notice is hereby given that Plaintiff COLTON BRYANT ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: July 01, 2022                     SO. CAL EQUAL ACCESS GROUP


_/s/ Jason J. Kim_
JASON J. KIM
Attorney for Plaintiff